(June 8, 1972)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT EDWARD PRAY, Appellant.— Motion for reconsideration of appeal denied, with-

out costs and without prejudice to a motion to St. Lawrence County Court to set aside the sentence pursuant to CPL 440.20. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.